IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ZACHARY KUSTER,

    **Plaintiff,**

v.                                           Case No. 5:23-cv-198-AW-MJF

MANAGEMENT & TRAINING
CORPORATION,

    **Defendant.**

_____/

## ORDER REGARDING SHOW CAUSE ORDER

Counsel for Plaintiff did not comply with a court order, and the court ordered counsel for Plaintiff to show cause why sanctions should not follow. ECF No. 21. One of Plaintiff's two attorneys filed a response stating that the releases underlying the earlier order have now been provided. The response further suggests (but does not outright state) that both attorneys were precluded by illness from complying with the court's order. ECF No. 22 at 2 ("[B]oth undersigned counsel and Ms. Mattox have been extremely ill, and both have been unable to return to the office."). The court notes, however, that during the relevant timeframe, Ms. Mattox submitted numerous other filings in this court and, according to some filings, participated in attorney planning conferences. The court thus has concerns about the representation made.

1

The court will further address this issue at the next in-person meeting or at a specially set hearing.

SO ORDERED on January 18, 2024.

s/ *Allen Winsor*
United States District Judge