# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**ZACHARY KUSTER,**

    Plaintiff,

v.                                                 **Case No. 5:23-cv-198-AW-MJF**

**MANAGEMENT & TRAINING CORPORATION,**

    Defendant.

_____/

## PLAINTIFF'S NOTICE TO THIS COURT CONCERNING ORDER REGARDING SHOW CAUSE ORDER

Plaintiff, ZACHARY KUSTER, by and though undersigned counsel, files this Notice Concerning this Court's Order Regarding Show Cause Order, and states as follows:

1. Upon reviewing this Court's Order Regarding Show Cause Order [ECF 23], undersigned counsel is filing this notice in an attempt to provide this Court with some clarification concerning representations made in Plaintiff's Response to Order to Show Cause [ECF 22].

2. Firstly, this case has been assigned to undersigned counsel to prosecute, and undersigned counsel is solely responsible for handling this case and for ensuring compliance with orders from this Court.

3. Secondly, from December 22, 2023, through January 1, 2024, undersigned counsel was out of the office for pre-planned holiday vacation. For the majority of this time period, undersigned counsel was ill. Undersigned counsel suspected that he had contracted Covid; however, the two Covid tests undersigned counsel took while out on vacation both came back negative.

4. On January 2, 2024, undersigned counsel returned to the office; however, because he still felt extremely ill, he went home at around noon. Ms. Mattox was not in the office on January 2, 2024, and undersigned counsel was informed by office staff that Ms. Mattox had been feeling ill and had recently tested positive for Covid. According to Ms. Mattox, she began feeling ill on around December 27 or 28, 2023.

5. On January 3, 2024, undersigned counsel remained at home as he was still feeling extremely ill.

6. On January 4, 2024, the date Plaintiff's Response to Order to Show Cause was filed, undersigned counsel was in the office. Ms. Mattox had briefly stopped by the office on her way to Gainesville pertaining to her daughter who was having complications with her pregnancy. Ms. Mattox still had Covid at this time.

7. Undersigned counsel does not dispute that he failed to participate in the preparation and filing of a joint status report concerning the status of releases

as ordered by this Court, and again, undersigned counsel takes full responsibility for this failure.

8.   In Plaintiff's Response to Order to Show Cause, undersigned counsel stated that he was ill and had been ill for some time.  The undersigned did not intend to suggest that Ms. Mattox was also ill during the same time period, but she was ill as stated above with Covid.  The undersigned apologizes for any confusion caused by Plaintiff's Response to Order to Show Cause filed January 4, 2024.  As of that date, Ms. Mattox was still ill with Covid, but had no responsibility for complying with this Court's Order.

9.   Undersigned counsel sincerely apologizes to this Court for causing concern relating to representations made in Plaintiff's Response to Order to Show Cause.

DATED this 18th day of January 2024.

Respectfully submitted,

*/s/  Brian O. Finnerty*
Brian O. Finnerty [FBN 0094647]
brian.finnerty@mattoxlaw.com
Marie A. Mattox [FBN 0739685]
marie@mattoxlaw.com
MARIE A. MATTOX, P.A.
203 N. Gadsden Street
Tallahassee, Florida   32301
Secondary Email:
tiffany.deschner@mattoxlaw.com
linette.williams@mattoxlaw.com
michelle2@mattoxlaw.com
(850) 383-4800 (telephone)
(850) 383-4801 (facsimile)
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 18th day of January 2024, the foregoing document was filed with this Court using the CM/ECF system which will furnish copies to all counsel of record.

*/s/  Brian O. Finnerty*
   Brian O. Finnerty